NITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-12451-rb |
| | ) | |
| Corcoran, Mary A., | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge: RANDOLPH BAXTER |

**NOTICE OF HEARING AND OF INTENT TO SELL PERSONAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS (Pursuant to 11 U.S.C. §363)**

Please take notice that pursuant to 11 U.S.C. §363(b) and in accordance with Rules 2002(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, MARVIN A. SICHERMAN, the Trustee in the Chapter 7 bankruptcy case identified in the caption above, intends to sell at private sale to be held immediately after the Hearing scheduled on this Notice, at the offices of the Trustee, located at 1801 East 9th Street, Suite 1100, Cleveland, OH 44114, the following personal property:

      2005 Toyota Camry

The above property will be sold to the Debtor, for $6,000.00, an amount which represents the Debtor's non-exempt portion of the value of the vehicle. The Debtor has deposited the sum of $6,000.00 with the Trustee.

With respect to the property to be sold, while according to the information available to the Trustee exclusive of the Debtor's possible claims of exemptions, there are no known liens or claims, the property is being sold where is and as is and subject to any and all liens, claims, encumbrances or other interests, including the Debtor's claims of exemption.

A hearing is scheduled in Room 2B of the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, located at the Howard M. Metzenbaum U.S. Court

House, 201 Superior Avenue, East, Cleveland, Ohio 44114, on July 5, 2001 at 9:00 A.M. to consider this Notice, and any written objection hereto which is filed and served on the undersigned, the United States Trustee, and all parties entitled to receive such objection not later than seven (7) days preceding the date scheduled for the hearing. If no objection to this Notice is filed and served within such time, the sale may be consummated without hearing.

/s/MARVIN A. SICHERMAN, Trustee
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, OH 44114-3169
Phone: (216) 696-6000 - Fax: (216) 696-3338
email: msicherman@dsb-law.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Intent to Sell Personal Property, with Notice of Hearing appended hereto, will be served electronically on the Office of the U. S. Trustee and David J. Sternberg, Attorney for the Debtor; and on June 9, 2011, and in accordance with Local Rule 2002-1, copies were mailed by regular U.S. Mail, postage pre-paid for delivery to each of the parties on the annexed service list at the addresses therein denoted.

/s/MARVIN A. SICHERMAN, Trustee

F:\WPWIN\TEE\MAS\Corcoran\Sale Notice.wpd

| | | |
|---|---|---|
| Capital One<br>Acct *6885<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Charter One Bank<br>1215 Superior Ave.<br>Cleveland, OH 44114-3299 | Charter One Bank<br>PO Box 42001<br>Providence, RI 02940-2001 |
| Chase<br>Acct *1034<br>PO Box 15153<br>Wilmington, DE 19850-5153 | Chase<br>Acct *2253<br>PO Box 15153<br>Wilmington, DE 19850-5153 | Chase<br>Acct *4284<br>PO Box 15153<br>Wilmington, DE 19850-5153 |
| Chase Bank<br>Acct *5001<br>PO Box 15153<br>Wilmington, DE 19850-5153 | Credit First NA<br>Acct *4333<br>PO Box 81088<br>Cleveland, OH 44181 | Dillards-GEMB<br>Acct *7720<br>PO Box 960012<br>Orlando, FL 32896-0012 |
| Firestone<br>Acct *4333<br>PO Box 81410<br>Cleveland, OH 44181-0410 | First National Bank of Omaha<br>Acct *8122<br>PO Box 2951<br>Omaha, NE 68103-2951 | First National Bank of Omaha<br>c-o Levy & Associates<br>4645 Executive Dr.<br>Columbus, OH 43220-3601 |
| JC Penney-GEMB<br>Acct *3321<br>PO Box 981402<br>El Paso, TX 79998-1402 | NY & Company<br>Acct *5785<br>PO Box 659785<br>San Antonio, TX 78265-9785 | Pier 1 Imports<br>Acct *3729<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Target National Bank<br>Acct *7004<br>3701 Wayzata Blvd. MS-3C6<br>Minneapolis, MN 55416-3401 | Target National Bank<br>c-o Weltman, Weinberg & Reis<br>323 W. Lakeside Ave., #200<br>Cleveland, OH 44113-1099 | Toyota Finance<br>Acct *2476<br>PO Box 4102<br>Carol Stream, IL 60197-4102 |
| Wells Fargo Mortgage<br>Acct *9889<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Wells Fargo Visa<br>Acct *0203<br>PO Box 10347<br>Des Moines, IA 50306-0347 | |
| | Mary A. Corcoran<br>8050 Harborcreek Dr.<br>#2801<br>Mentor, OH 44060-2072 | |